UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-26948
Shantella D Palmer  )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s)  )

**Order Dismissing Case for Failure to Make Plan Payments**

The Court having heard the facts finds that the debtor is in material default.

ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 12, 2018

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300